IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT
OF TENNESSEE AT WINCHESTER

FILED
MAY 26 2015
Clerk, U.S. District Court
Eastern District of Tennessee
Chattanooga

| | |
|---|---|
| JOSEPH RICHARD FREDRICKSON<br>VS.<br>BEDFORD COUNTY JAIL | CASE NO. 4:15-CV-00024-HSM-WBC<br>PETITION FOR REDRESS OF GRIEVANCES; MOTION TO COMPEL DEFENDANT TO COMPLY AND MOTION TO PROCEED IN FORMA PAUPERIS |

Now comes Joseph Richard Fredrickson, hereafter "Plantiff", and submits this as formal request to proceed, in this case, "In Forma Pauperis" and to compel the Bedford County Jail, hereafter "Defendant", to comply with reasonable requests, of Plantiff, to produce required documents and materials needed to properly, adequately, reasonably and fairly prepare, in this case, based upon the following reasons.

### MOTION TO COMPEL DEFENDANT

On 5/6/2015, the court recieved Plantiff's pro se prisoner's complaint and filed it accordingly.

The Court informed Plantiff that he must pay the filing fee or submit documents to proceed in forma pauperis.

Accordingly, plantiff made formal request of Defendant for the required account information and was verbally denied by administrators/staff employed by Defendant, for the purpose of, both knowingly and intentionally, preventing plantiff from moving forward in this case.

Due to the foregoing reasons, Plantiff humbly requests that this Court order Defendant to comply and cooperate with Plantiff in this matter.

### MOTION TO PROCEED IN FORMA PAUPERIS

Based upon the reasons, in the foregoing motion, Plantiff humbly requests that this Court allow him to proceed, in this case, in forma pauperis, as he can not afford and is unable to pay aforementioned fees, in this case, and Defendant is taking purposeful actions to prevent Plantiff from moving forward based upon this technicality.

Respectfully Submitted

_(signature)_

Joseph Richard Fredrickson
(Plantiff)

Dated this 12th day of May, 2015.

I hereby certify and swear that a copy of this was hand delivered to Defendant in this case, at the following address:

Bedford County Jail
210 N. Spring Street
Shelbyville, TN - 37160

_____
Joseph Richard Fredrickson
(Plantiff)

Dated this 12th day of May, 2015.



NASHVILLE TN 370

22 MAY 2015 PM 2 L

Joseph Fredrickson
210 N. Spring Street
Shelbyville, TN. 37160

Clerk of Court
United States District Court
900 Georgia Avenue
Chattanooga, TN. 37401

3740222341 7